Case 3:06-bk-33061    Doc 66    Filed 05/20/11    Entered 05/20/11 10:39:28    Desc Main
          Document      Page 1 of 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:           06-33061
Debtor(s) Name:   DAVID ALEXANDER ADAMS, JR., / MARTHA FRANCES ADAMS

Unclaimed Funds Check #:   11183211
Date Unclaimed Funds Check issued:   May 18, 2011

**Amount remitted to Unclaimed Funds - Case # 06-33061:**    $464.49
Claim Number:           012-0
Court Claim Number:     12

Creditor Name and Address:

CHEVRON CREDIT BANK
2001 DIAMOND BLVD
PO BOX 5010, SECT 230
CONCORD, CA  94524-0010

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995